**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 62 MAL 2018
                                   :
            Respondent          :
                                   : Petition for Allowance of Appeal from
                                   : the Order of the Superior Court
            v.                   :
                                   :
                                 :
LAEL J. ALLEYNE, : 
                                 :
            Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.